1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**

9

**CENTRAL DISTRICT OF CALIFORNIA**

10
11

12   HSINLEI SHIAO,                           )   Case No.: CV-11-06433 GW (JCGx)
                                             )
13              Plaintiff,                    )   ORDER DISMISSING ENTIRE
                                             )   ACTION WITH PREJUDICE
14        vs.                                )
                                             )
15   CITY OF MONROVIA; WILLIAM               )
     FOWLER; ROBERT VAN; Unknown             )
16   Officers and DOES 1 through 10,         )   JS-6
     Inclusive,                              )
17                                           )
                                             )
18              Defendants.                  )
                                             )
19   _____ )

20   ///
21   ///
22   ///
23   ///
24   ///
25   ///
26   ///
27   ///
28

1  **ORDER**

2     The Court, having considered the parties' Joint Stipulation to Dismiss Entire

3  Action With Prejudice and finding good cause shown, now finds that the above-

4  entitled action is dismissed with prejudice.

5

6  IT IS SO ORDERED.

7

8  DATED:  October 30, 2012   _____

9                             Honorable George H. Wu
                              United States District Judge
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER